THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Clyde Waymer,
 Jr., Appellant.
 
 
 

Appeal From Allendale County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-291
Submitted May 1, 2009  Filed June 4, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, Appellant.
 Henry Dargan McMaster, Chief Deputy Attorney General John W.
 McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of Columbia; and
 Solicitor I. McDuffie  Stone, III, of Beaufort, for Respondent.
 
 
 

PER CURIAM:  Clyde
 Waymer, Jr., appeals his guilty plea and sentence to two counts of assault upon
 an employee of a correctional facility, arguing his plea failed to comply with
 constitutional standards.  After
 a thorough review of the record and counsel's brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.